IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ORTHOSIE SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>US FLEET TRACKING LLC.;<br><br>Defendant. | CIVIL ACTION NO.: 4:17-cv-95<br><br>JURY TRIAL DEMANDED |

## NOTICE OF PENDING SETTLEMENT AND DISMISSAL

PLEASE TAKE NOTICE that the parties in this case have reached agreement on settlement of this case, and they are currently finalizing and executing a settlement agreement. Plaintiff anticipates filing a dismissal of this case no later than September 1, 2017.

August 18, 2017

Respectfully Submitted,

By: /s/ Ronald W. Burns

Ronald W. Burns
Texas State Bar No. 24031903
972-632-9009
rwb@sbaitilaw.com
Mazin A. Sbaiti
Texas State Bar No. 24058096
214-432-2899
mas@sbaitilaw.com
Sbaiti & Co., PLLC
1201 Elm Street, Suite 4010
Dallas, Texas 75270

**ATTORNEYS FOR PLAINTIFF
ORTHOSIE SYSTEMS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5. As such, the foregoing was served on all counsel of record who have consented to electronic service. Local Rule CV-5. Pursuant to Fed. R. Civ. P. 5 and Local Rule CV-5, all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email, on this the 18th day of August, 2017.

/s/ Ronald W. Burns
Ronald W. Burns, Esq.