IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ORTHOSIE SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>US FLEET TRACKING LLC;<br><br>    Defendant. | CIVIL ACTION NO.: 4:17-cv-95<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL

CAME ON THIS DAY for consideration the Joint Motion for Dismissal filed by Orthosie Systems, LLC ("Plaintiff") and defendant US Fleet Tracking LLC ("Defendant"), in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by the Plaintiff are hereby dismissed WITH PREJUDICE. It is further ORDERED, ADJUDGED AND DECREED that Defendant's pending Motion to Dismiss for Improper Venue (Dkt. #11) and Motion to Dismiss First Amended Complaint for Failure to State a Claim (Dkt. #21) are both withdrawn. It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED**.
**SIGNED this 25th day of September, 2017.**

*/s/ Amos Mazzant*
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE